UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES E. FLEMING,

          Plaintiff,

    v.

LYNN PHIPPS, *et al*,

          Defendants.

Case No. C05-5068RBL

ORDER DISMISSING
FRIVOLOUS COMPLAINT
PURSUANT TO 28 U.S.C. § 1915

    The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's complaint is DISMISSED;

    (4)    The Clerk is directed to terminate this action pursuant to **28 U.S.C. § 1915(e)** and to count this as a dismissal under **28 U.S.C. § 1915(g)**; and

    (5)    The Clerk is directed to send copies of this Order to plaintiff and to the Hon. Karen L. Strombom.

DATED this 3rd day of June, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1