# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES E. FLEMING,

      v.

LYNN PHIPPS, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C05-5068RBL

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Plaintiff's complaint is DISMISSED; and

The Clerk is directed to terminate this action pursuant to **28 U.S.C. § 1915(e)** and to count this as a dismissal under **28 U.S.C. § 1915(g)**.

    June 6, 2005                                                           BRUCE RIFKIN
Date                                                                                  Clerk

                                                                                           *s/CM Gonzalez*
                                                                                           Deputy Clerk